# IN THE

# UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>ANASTASSIA KREZOUB,<br><br>Defendant-Appellee. | C.A. No. 24-3768<br>D.C. No. SACR 23-00042-CJC<br>(Central Dist. Cal.)<br><br>**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS APPEAL VOLUNTARILY; DECLARATION OF DAVID R. FRIEDMAN** |

Plaintiff-Appellant United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, hereby moves to voluntarily dismiss its appeal of defendant Anastassia Krezoub's sentence.

///

///

The motion is made pursuant to Federal Rule of Appellate Procedure 42(b) and is based on the files and records in this case and the attached declaration of David R. Friedman. Defendant does not oppose this motion.

Defendant is not in custody. The court reporter is not in default with respect to any designated transcript.

DATED: December 2, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

/s/ *David R. Friedman*

DAVID R. FRIEDMAN
Assistant United States Attorney
Chief, Criminal Appeals Section

Attorneys for Plaintiff-Appellant
UNITED STATES OF AMERICA

# DECLARATION OF DAVID R. FRIEDMAN

I, David R. Friedman, hereby declare and state as follows:

1. I am an Assistant United States Attorney in the Central District of California and the Chief of my office's Criminal Appeals Section. I am responsible for overseeing the government's appeal in *United States v. Anastassia Krezoub,* C.A. No. 24-3768.

2. The district court sentenced defendant Anastassia Krezoub on May 20, 2024. The government filed a timely notice of appeal on June 17, 2024. The government's opening brief is currently due on January 7, 2025.

3. Upon further review of the case, the government has elected not to pursue its appeal of defendant's sentence.

4. I have conferred with counsel for defendant, Deputy Federal Public Defender Michael Kaufman, about this motion for voluntary dismissal. Defendant does not oppose.

5. Defendant is not in custody. No court reporter is in default with respect to any designated transcript.

//

//

2

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED this 2nd day of December, in Los Angeles, California.

/s/ *David R. Friedman*

DAVID R. FRIEDMAN
Assistant United States Attorney